**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**MANUEL EULALIO CASTRO ESPINOZA,**

      **Petitioner,**

    v.                                                                                    **Case No. 2:26cv122**

**JEFFREY CRAWFORD,
ICA-FARMVILLE DETENTION
CENTER,** *et al.*,

      **Respondents.**

## <u>FINAL ORDER</u>

Before the Court is a Petition for a Writ of Habeas Corpus, ECF No. 1, filed pursuant to 28 U.S.C. § 2241.  In his Petition, the Petitioner challenges his immigration detention without the opportunity for a bond hearing.  ECF No. 1.  Respondents filed an opposition to the Petition on February 18, 2026.  ECF No. 7.  The Petitioner did not file a response.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A)-(B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges.  In a Report and Recommendation ("R&R") entered on April 17, 2026, the Magistrate Judge recommended that the Petition be denied and dismissed as moot because Petitioner was released from custody.  ECF No. 11.  The parties were advised of their right to file written objections to the R&R.  Neither the Petitioner nor the Respondents filed objections with the Court.

Having reviewed the record and having heard no objection, the Court agrees with the R&R on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the R&R, ECF No. 11, in its entirety as the Court's own opinion.  Accordingly, the Petition, ECF No. 1, is **DENIED**

and **DISMISSED AS MOOT**.  It is **ORDERED** that judgment be entered in favor of the Respondents.

Because the Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court declines to issue a certificate of appealability.  *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).  The Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of the Court at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date judgment is entered.

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner at his last known address and to counsel of record for the Respondents.

    **IT IS SO ORDERED**.

Arenda L. Wright Allen
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
May 6, 2026

2